## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| COACH USA, INC., *et al.*,[1] | Case No. 24-11258 (____) |
| Debtors. | Tax ID No.: 76-0608391 |

## DEBTORS' MOTION FOR ENTRY OF ORDER
## (I) AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF

Coach USA, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby move the Court (this "Motion"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order (the "Proposed Order"), substantially in the form annexed hereto as Exhibit A: (i) authorizing the joint administration of the Debtors' chapter 11 cases (collectively, the "Chapter 11 Cases") and the consolidation thereof for procedural purposes only, and (ii) granting related relief.  In support of this Motion, the Debtors rely upon and incorporate by reference the *Declaration of Spencer Ware in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* (the "First Day Declaration"), which was filed concurrently herewith.[2]  In further support of this Motion, the Debtors respectfully represent as follows:

---

[1]     Given the voluminous number of affiliated debtors, a full list of the affiliated case captions is attached as Exhibit 1 to the Proposed Order.  The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b), and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and legal predicates for the relief requested herein are Bankruptcy Rule 1015 and Local Rule 1015-1.

## BACKGROUND

3.      On the date hereof (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.

4.      No trustee, examiner, or official committee of unsecured creditors has been appointed in these Chapter 11 Cases.

5.      Information regarding the Debtors' history, business operations, capital structure and secured indebtedness, and the events leading up to the commencement of these Chapter 11 Cases can be found in the First Day Declaration.

**RELIEF REQUESTED**

6.      By this Motion, the Debtors seek entry of the Proposed Order (i) authorizing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only, and (ii) granting related relief.

**A.      Joint Administration**

7.      Many, if not virtually all, of the motions, applications, hearings, and orders that will arise in these Chapter 11 Cases will jointly affect all of the Debtors.  For this reason, the Debtors respectfully submit that the interests of the Debtors, their creditors, and other parties in interest would be best served by the joint administration of these Chapter 11 Cases.  To optimally and economically administer these Chapter 11 Cases, such cases should be jointly administered, for procedural purposes only, under the case number assigned to Debtor Coach USA, Inc.

8.      The Debtors also request that the Clerk of the Court maintain one (1) file and one (1) docket for all of these Chapter 11 Cases, which file and docket shall be the file and docket for Debtor Coach USA, Inc. (the "Lead Case").  In addition, the Debtors propose that the caption of these Chapter 11 Cases be modified as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| COACH USA, INC., *et al.*,[1] | Case No. 24-11258 (__) |
| Debtors. | (Jointly Administered) |

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CoachUSA.  The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

9.     The Debtors also seek the Court's direction that a notation, substantially similar to the following proposed docket entry, be entered on the docket of each of these Chapter 11 Cases (except for Debtor Coach USA, Inc.) to reflect the joint administration of these Chapter 11 Cases:

An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Coach USA, Inc.; Project Kenwood Holdings, Inc.; Project Kenwood Intermediate Holdings I, Inc.; Project Kenwood Intermediate Holdings II, LLC; Project Kenwood Intermediate Holdings III, LLC; Project Kenwood Acquisition, LLC; Coach USA Administration, Inc.; Route 17 North Realty, LLC; Dillon's Bus Service, Inc.; Hudson Transit Lines, Inc.; Central Cab Company; Central Charters & Tours, Inc.; Transportation Management Services, Inc.; Hudson Transit Corporation; Powder River Transportation Services, Inc.; SL Capital Corp.; 349 First Street Urban Renewal Corp.; Barclay Airport Service, Inc.; Barclay Transportation Services, Inc.; Colonial Coach Corporation; Community Coach, Inc.; Community Transit Lines, Inc.; Community Transportation, Inc.; Orange, Newark, Elizabeth Bus, Inc.; Perfect Body Inc.; International Bus Services, Inc.; Short Line Terminal Agency, Inc.; Suburban Management Corp.; Suburban Transit Corp.; Suburban Trails, Inc.; Rockland Coaches, Inc.; Clinton Avenue Bus Company; Commodore Tours, Inc.; Community Bus Lines, Inc.; Community Tours, Inc.; Coach USA Illinois, Inc.;  Coach Leasing, Inc.; Tri-State Coach Lines, Inc.; Sam Van Galder, Inc.; Wisconsin Coach Lines, Inc.; Lakefront Lines, Inc.; Pacific Coast Sightseeing Tours & Charters, Inc.; Kerrville Bus Company, Inc.; CAM Leasing, LLC; Independent Bus Company, Inc.; Leisure Time Tours; Olympia Trails Bus Company, Inc.; Butler Motor Transit, Inc.; Coach USA Tours – Las Vegas, Inc.; Twenty-Four Corp.; TRT Transportation, Inc.; Limousine Rental Service Inc.; 3329003 Canada Inc.; Megabus Canada Inc.; 3376249 Canada Inc.; Megabus Northeast, LLC; Megabus Southeast, LLC; Megabus Southwest, LLC; Megabus West, LLC; Paramus Northeast Mgt. Co., L.L.C.; Gad-About Tours, Inc.; All West Coachlines, Inc.; Coach USA MBT, LLC; Sporran GCBS, Inc.; Sporran RTI, Inc.; KILT of RI, Inc.; New York Splash Tours, LLC; Sporran AWC, Inc.; Sporran GCTC, Inc.; Lenzner Tours, LTD; Lenzner Tours, Inc.; Pennsylvania Transportation Systems, Inc.; Lenzner Transit, Inc.; Dragon Bus, LLC; Red & Tan Transportation Systems, Inc.; Red & Tan Charter, Inc.; Red & Tan Tours; Lenzner

Transportation Group, Inc.; Mister Sparkle, Inc.; Mountaineer Coach, Inc.; Red & Tan Enterprises, Inc.; Chenango Valley Bus Lines, Inc.; 4216849 Canada Inc.; Trentway-Wagar (Properties) Inc.; Megabus USA, LLC; Voyavation LLC; Elko, Inc.; American Coach Lines of Atlanta, Inc.; Rockland Transit Corporation; Trentway-Wagar Inc.; Douglas Braund Investments Limited; The Bus Exchange, Inc.; Midtown Bus Terminal of New York, Inc.; CUSARE, Inc., and CUSARE II, Inc.  The docket in the chapter 11 case of Coach USA, Inc., Case No. 24-11258 (___), should be consulted for all matters affecting this case.

## BASIS FOR RELIEF

10.     Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the [C]ourt may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1.  In these Chapter 11 Cases, the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code.

11.     Additionally, the First Day Declaration establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden on the Court and all parties in interest in these Chapter 11 Cases.  Joint administration will also permit the Clerk of the Court to utilize a single docket for these Chapter 11 Cases, and to combine notices to creditors and other parties in interest in the Debtors' respective cases.  Because there will likely be numerous motions, applications, and other pleadings filed in these Chapter 11 Cases that will affect all of the Debtors, joint administration will permit counsel for all parties in interest to include all of these Chapter 11 Cases in a single caption for the numerous documents that are likely to be filed and served in these cases.  Joint administration will also enable parties

in interest in each of the Debtors' cases to stay apprised of all the various matters before the Court.

12.     Joint administration will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights.  Joint administration will also significantly reduce the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly, and provide for greater efficiencies.  Moreover, the relief requested by this Motion will also simplify supervision of the administrative aspects of these Chapter 11 Cases by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

13.     For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates, and their creditors, and therefore should be granted.

## **NOTICE**

14.     The Debtors have provided notice of this Motion to: (a) the U.S. Trustee; (b) holders of the 30 largest unsecured claims on a consolidated basis against the Debtors; (c) counsel to Wells Fargo Bank, National Association, (i) Goldberg Kohn, 55 E. Monroe St., Chicago, Illinois 60603 (Attn: William A. Starshak (William.Starshak@goldbergkohn.com), Dimitri G. Karcazes (Dimitri.Karcazes@goldbergkohn.com), Prisca M. Kim (prisca.kim@goldbergkohn.com), and Nicole P. Bruno (Nicole.Bruno@goldbergkohn.com)) and (ii) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware (Attn: John H. Knight (knight@rlf.com) and Paul N. Heath (heath@rlf.com)); and (d) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002. Notice of this Motion and any order entered hereon will be served in accordance with Local

Rule 9013-1(m).  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated:    June 11, 2024  
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Joseph M. Mulvihill*        
Sean M. Beach (No. 4070)
Joseph M. Mulvihill (No. 6061)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email:    sbeach@ycst.com
     jmulvihill@ycst.com
     tpowell@ycst.com
     rlamb@ycst.com

*- and -*

**ALSTON & BIRD LLP**
J. Eric Wise (*pro hac vice* admission pending)
Matthew K. Kelsey (*pro hac vice* admission pending)
William Hao (*pro hac vice* admission pending)
90 Park Avenue
New York, New York 10016
Tel:    (212) 210-9400
Fax:    (212) 210-9444
Email:    eric.wise@alston.com
     matthew.kelsey@alston.com
     william.hao@alston.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| COACH USA, INC., *et al.*,[1] | Case No. 24-11258 (____) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. ___** |

**ORDER (I) AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS'
CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion for Entry of Order (I) Authorizing the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having reviewed the Motion; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court having considered the First Day Declaration; and a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing on the Motion and all of the proceedings had before

---

[1]     A complete list of the Debtors in these chapter 11 cases are attached hereto as Exhibit 1.  The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

this Court; and this Court having found and determined that the relief sought in the Motion is in

the best interests of the Debtors and their estates, their creditors, and all other parties in interest;

and this Court having determined that the legal and factual basis set forth in the Motion establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Chapter 11 Cases listed on Exhibit 1 hereto shall be consolidated for

procedural purposes only and shall be jointly administered in accordance with the provisions of

Bankruptcy Rule 1015 and Local Rule 1015-1.

3.      The Clerk of the Court shall maintain one file and one docket for these

Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of

Debtor Coach USA, Inc., Case No. 24-11258 (___) (the "Lead Case").

4.      All pleadings filed in these Chapter 11 Cases shall bear a consolidated caption in

the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| COACH USA, INC. , *et al.*,[1] | Case No. 24-11258 (___) |
| Debtors. | (Jointly Administered) |

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CoachUSA.  The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

31728777.1

5.      The foregoing caption shall satisfy the requirements of section 342(c)(1) of the

Bankruptcy Code.

6.      All original pleadings shall be captioned as indicated in the preceding decretal

paragraph, and the Clerk of the Court shall make a docket entry in the docket of each of these

Chapter 11 Cases (except for Debtor Coach USA, Inc.) substantially as follows:

> An Order has been entered in this case directing the consolidation
> and joint administration for procedural purposes only of the
> chapter 11 cases of Coach USA, Inc.; Project Kenwood Holdings,
> Inc.; Project Kenwood Intermediate Holdings I, Inc.; Project
> Kenwood Intermediate Holdings II, LLC; Project Kenwood
> Intermediate Holdings III, LLC; Project Kenwood Acquisition,
> LLC; Coach USA Administration, Inc.; Route 17 North Realty,
> LLC; Dillon's Bus Service, Inc.; Hudson Transit Lines, Inc.;
> Central Cab Company; Central Charters & Tours, Inc.;
> Transportation Management Services, Inc.; Hudson Transit
> Corporation; Powder River Transportation Services, Inc.; SL
> Capital Corp.; 349 First Street Urban Renewal Corp.; Barclay
> Airport Service, Inc.; Barclay Transportation Services, Inc.;
> Colonial Coach Corporation; Community Coach, Inc.; Community
> Transit Lines, Inc.; Community Transportation, Inc.; Orange,
> Newark, Elizabeth Bus, Inc.; Perfect Body Inc.; International Bus
> Services, Inc.; Short Line Terminal Agency, Inc.; Suburban
> Management Corp.; Suburban Transit Corp.; Suburban Trails, Inc.;
> Rockland Coaches, Inc.; Clinton Avenue Bus Company;
> Commodore Tours, Inc.; Community Bus Lines, Inc.; Community
> Tours, Inc.; Coach USA Illinois, Inc.;  Coach Leasing, Inc.; Tri-
> State Coach Lines, Inc.; Sam Van Galder, Inc.; Wisconsin Coach
> Lines, Inc.; Lakefront Lines, Inc.; Pacific Coast Sightseeing Tours
> & Charters, Inc.; Kerrville Bus Company, Inc.; CAM Leasing,
> LLC; Independent Bus Company, Inc.; Leisure Time Tours;
> Olympia Trails Bus Company, Inc.; Butler Motor Transit, Inc.;
> Coach USA Tours – Las Vegas, Inc.; Twenty-Four Corp.; TRT
> Transportation, Inc.; Limousine Rental Service Inc.; 3329003
> Canada Inc.; Megabus Canada Inc.; 3376249 Canada Inc.;
> Megabus Northeast, LLC; Megabus Southeast, LLC; Megabus
> Southwest, LLC; Megabus West, LLC; Paramus Northeast Mgt.
> Co., L.L.C.; Gad-About Tours, Inc.; All West Coachlines, Inc.;
> Coach USA MBT, LLC; Sporran GCBS, Inc.; Sporran RTI, Inc.;
> KILT of RI, Inc.; New York Splash Tours, LLC; Sporran AWC,
> Inc.; Sporran GCTC, Inc.; Lenzner Tours, LTD; Lenzner Tours,
> Inc.; Pennsylvania Transportation Systems, Inc.; Lenzner Transit,

Inc.; Dragon Bus, LLC; Red & Tan Transportation Systems, Inc.;
Red & Tan Charter, Inc.; Red & Tan Tours; Lenzner
Transportation Group, Inc.; Mister Sparkle, Inc.; Mountaineer
Coach, Inc.; Red & Tan Enterprises, Inc.; Chenango Valley Bus
Lines, Inc.; 4216849 Canada Inc.; Trentway-Wagar (Properties)
Inc.; Megabus USA, LLC; Voyavation LLC; Elko, Inc.; American
Coach Lines of Atlanta, Inc.; Rockland Transit Corporation;
Trentway-Wagar Inc.; Douglas Braund Investments Limited; The
Bus Exchange, Inc.; Midtown Bus Terminal of New York, Inc.;
CUSARE, Inc., and CUSARE II, Inc.  The docket in the
chapter 11 case of Coach USA, Inc., Case No. 24-11258 (___),
should be consulted for all matters affecting this case.

7.      Nothing in the Motion or this Order is intended or shall be deemed or otherwise

construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Motion.

9.      This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

## EXHIBIT 1

**Case Captions**

| | |
|---|---|
| In re:<br><br>COACH USA, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-_____ (_____)<br><br>Tax ID No: 76-0608391 |
| In re:<br><br>Project Kenwood Intermediate Holdings III, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-_____ (_____)<br><br>Tax ID No: 83-4204431 |
| In re:<br><br>Project Kenwood Acquisition, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-_____ (_____)<br><br>Tax ID No: 83-3695607 |
| In re:<br><br>Coach USA Administration, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-_____ (_____)<br><br>Tax ID No: 76-0530869 |
| In re:<br><br>Route 17 North Realty, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-_____ (_____)<br><br>Tax ID No: 80-0038902 |
| In re:<br><br>Dillon's Bus Service, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 24-_____ (_____)<br><br>Tax ID No: 52-2084398 |

| | |
|---|---|
| In re: | Chapter 11 |
| Hudson Transit Lines, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 22-1003545 |
| In re: | Chapter 11 |
| Central Cab Company, | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 25-1302479 |
| In re: | Chapter 11 |
| Central Charters & Tours, Inc. | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 25-1575205 |
| In re: | Chapter 11 |
| Transportation Management Services, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 25-1644051 |
| In re: | Chapter 11 |
| Hudson Transit Corporation, | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 14-0764320 |
| In re: | Chapter 11 |
| Powder River Transportation Services, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 15-0477170 |

31728777.1

| | |
|---|---|
| In re: | Chapter 11 |
| SL Capital Corp., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-2883536 |
| In re: | Chapter 11 |
| 349 First Street Urban Renewal Corp., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 26-0290429 |
| In re: | Chapter 11 |
| Barclay Airport Service, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-2440127 |
| In re: | Chapter 11 |
| Barclay Transportation Services, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-2157007 |
| In re: | Chapter 11 |
| Colonial Coach Corporation, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1732520 |
| In re: | Chapter 11 |
| Community Coach, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-0748733 |

| | |
|---|---|
| In re: | Chapter 11 |
| Community Transit Lines, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 22-2244779 |
| In re: | Chapter 11 |
| Community Transportation, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 22-2771172 |
| In re: | Chapter 11 |
| Orange, Newark, Elizabeth Bus, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 22-2696588 |
| In re: | Chapter 11 |
| Perfect Body Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 22-1444220 |
| In re: | Chapter 11 |
| International Bus Services, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 11-2565636 |
| In re: | Chapter 11 |
| Short Line Terminal Agency, Inc., | Case No. 24-_____ (_____) |
| Debtor. | Tax ID No: 22-1474612 |

31728777.1

4

| | |
|---|---|
| In re: | Chapter 11 |
| Suburban Management Corp., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-3182287 |
| In re: | Chapter 11 |
| Suburban Transit Corp., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1313572 |
| In re: | Chapter 11 |
| Suburban Trails, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-2255681 |
| In re: | Chapter 11 |
| Rockland Coaches, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1525368 |
| In re: | Chapter 11 |
| Clinton Avenue Bus Company, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-0826725 |
| In re: | Chapter 11 |
| Commodore Tours, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-2471944 |

| | |
|---|---|
| In re: | Chapter 11 |
| Community Bus Lines, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1640714 |

| | |
|---|---|
| In re: | Chapter 11 |
| Community Tours, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-2469770 |

| | |
|---|---|
| In re: | Chapter 11 |
| Coach USA Illinois, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 36-2444935 |

| | |
|---|---|
| In re: | Chapter 11 |
| Coach Leasing, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 37-1368001 |

| | |
|---|---|
| In re: | Chapter 11 |
| Tri-State Coach Lines, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 02-0544712 |

| | |
|---|---|
| In re: | Chapter 11 |
| Sam Van Galder, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 39-1036253 |

| | |
|---|---|
| In re: | Chapter 11 |
| Wisconsin Coach Lines, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 39-0690146 |
| In re: | Chapter 11 |
| Lakefront Lines, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 95-1984207 |
| In re: | Chapter 11 |
| Pacific Coast Sightseeing Tours & Charters, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 65-0083469 |
| In re: | Chapter 11 |
| Kerrville Bus Company, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 74-0724360 |
| In re: | Chapter 11 |
| CAM Leasing, LLC, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 45-5258372 |
| In re: | Chapter 11 |
| Independent Bus Company, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1008670 |

| | |
|---|---|
| In re: | Chapter 11 |
| Olympia Trails Bus Company, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1950015 |
| In re: | Chapter 11 |
| Butler Motor Transit, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 25-1098249 |
| In re: | Chapter 11 |
| Coach USA Tours – Las Vegas, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 74-2926206 |
| In re: | Chapter 11 |
| TRT Transportation, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 36-3936051 |
| In re: | Chapter 11 |
| Lenzner Tours, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 25-1752220 |
| In re: | Chapter 11 |
| Limousine Rental Service Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1630881 |

| | |
|---|---|
| In re:<br><br>3329003 Canada Inc.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: N/A |
| In re:<br><br>Megabus Canada Inc.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: N/A |
| In re:<br><br>3376249 Canada Inc.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: N/A |
| In re:<br><br>Megabus Northeast, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 26-2062401 |
| In re:<br><br>Megabus Southeast, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 46-1872940 |
| In re:<br><br>Megabus Southwest, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 46-1854377 |

| | |
|---|---|
| In re: | Chapter 11 |
| Megabus West, LLC, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 46-1948840 |

| | |
|---|---|
| In re: | Chapter 11 |
| Paramus Northeast Mgt. Co., L.L.C., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-3769192 |

| | |
|---|---|
| In re: | Chapter 11 |
| Gad-About Tours, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 34-1656355 |

| | |
|---|---|
| In re: | Chapter 11 |
| All West Coachlines, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 74-2522792 |

| | |
|---|---|
| In re: | Chapter 11 |
| Coach USA MBT, LLC, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 93-1220116 |

| | |
|---|---|
| In re: | Chapter 11 |
| Red & Tan Enterprises, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1949682 |

31728777.1

| | |
|---|---|
| In re: | Chapter 11 |
| Chenango Valley Bus Lines, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 16-1043732 |
| In re: | Chapter 11 |
| 4216849 Canada Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: N/A |
| In re: | Chapter 11 |
| Trentway-Wagar (Properties) Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: N/A |
| In re: | Chapter 11 |
| Megabus USA, LLC, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 20-4664274 |
| In re: | Chapter 11 |
| Voyavation LLC, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 27-2902542 |
| In re: | Chapter 11 |
| Elko, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 83-0249542 |

| | |
|---|---|
| In re: | Chapter 11 |
| American Coach Lines of Atlanta, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 76-0289769 |
| In re: | Chapter 11 |
| Rockland Transit Corporation, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-1003830 |
| In re: | Chapter 11 |
| Trentway-Wagar Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: N/A |
| In re: | Chapter 11 |
| Douglas Braund Investments Limited, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: N/A |
| In re: | Chapter 11 |
| The Bus Exchange, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-2742022 |
| In re: | Chapter 11 |
| Midtown Bus Terminal of New York, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 13-1043100 |

| | |
|---|---|
| In re:<br><br>Project Kenwood Intermediate Holdings I, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-\_\_\_\_\_ (\_\_\_\_)<br><br>Tax ID No: 83-4367628 |
| In re:<br><br>Project Kenwood Intermediate Holdings II, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-\_\_\_\_\_ (\_\_\_\_)<br><br>Tax ID No: 84-2271798 |
| In re:<br><br>Leisure Time Tours,<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-\_\_\_\_\_ (\_\_\_\_)<br><br>Tax ID No: 22-1909654 |
| In re:<br><br>Twenty-Four Corp.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-\_\_\_\_\_ (\_\_\_\_)<br><br>Tax ID No: 80-0038904 |
| In re:<br><br>Lenzner Tours, LTD,<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-\_\_\_\_\_ (\_\_\_\_)<br><br>Tax ID No: 25-1753214 |
| In re:<br><br>Sporran GCBS, Inc.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-\_\_\_\_\_ (\_\_\_\_)<br><br>Tax ID No: 95-1892104 |

| | |
|---|---|
| In re: | Chapter 11 |
| Sporran RTI, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 33-0313781 |
| In re: | Chapter 11 |
| KILT of RI, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 05-0217380 |
| In re: | Chapter 11 |
| New York Splash Tours, LLC, | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 56-2593629 |
| In re: | Chapter 11 |
| Sporran AWC, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 68-0160467 |
| In re: | Chapter 11 |
| Pennsylvania Transportation Systems, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 25-1795613 |
| In re: | Chapter 11 |
| Sporran GCTC, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 74-1851629 |

| | |
|---|---|
| In re:<br><br>Lenzner Transit, Inc.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 25-1791783 |
| In re:<br><br>Dragon Bus, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 26-3480285 |
| In re:<br><br>Red & Tan Transportation Systems, Inc.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 22-3256701 |
| In re:<br><br>Red & Tan Charter, Inc.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 22-2850702 |
| In re:<br><br>Red & Tan Tours,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 22-2240064 |
| In re:<br><br>Lenzner Transportation Group, Inc.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-_____ (____)<br><br>Tax ID No: 88-0330247 |

*31728777.1*

| | |
|---|---|
| In re: | Chapter 11 |
| Mister Sparkle, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 22-3254259 |
| In re: | Chapter 11 |
| Mountaineer Coach, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 25-1764023 |
| In re: | Chapter 11 |
| CUSARE, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 99-0586030 |
| In re: | Chapter 11 |
| CUSARE II, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 99-0601287 |
| In re: | Chapter 11 |
| Project Kenwood Holdings, Inc., | Case No. 24-_____ (____) |
| Debtor. | Tax ID No: 83-4369198 |