**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| COACH USA, INC., *et al.*,[1] | Case No. 24-11258 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 537 |

## NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that on, August 14, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing and Approving (I) Purchase Agreement Among Debtors and Great Plains Crew Change Company, LLC, (II) the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (III) the Assumption and Assignment of Certain Executory Contracts, and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 537] (the "Sale Order"),[2] thereby approving the sale of certain of the Debtors' assets to Great Plains Crew Change Company, LLC (the "Purchaser"), pursuant to that certain Asset Purchase Agreement, dated as of July 5, 2024 between the Debtors identified as Sellers in the Sale Order and the Purchaser (as amended, supplemented, or otherwise modified by the parties, and together with any schedules and exhibits thereto, the "Purchase Agreement"), a copy of which is attached to the Sale Order as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the sale to the Purchaser, pursuant to the provisions of the Purchase Agreement, closed on August 19, 2024 (the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that those certain executory contracts and unexpired leases assumed and assigned by Sellers to Purchaser pursuant to the Purchase Agreement are detailed on the schedule attached hereto as Exhibit 1 (the "Assumption Schedule").

**PLEASE TAKE FURTHER NOTICE** that the Sellers provide this notice within ten (10) days following the assumption and assignment of the executory contracts and unexpired leases identified on the Assumption Schedule in accordance with the Bidding Procedures.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CoachUSA. The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

[2] Capitalized terms used but not defined in this notice have the meanings given to such terms in the Sale Order.

31988604.1

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Order may be obtained by parties in interest free of charge on the dedicated webpage related to the Debtors' chapter 11 cases maintained by the claims and noticing agent in these cases (https://cases.ra.kroll.com/CoachUSA). Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

Dated: August 29, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Joseph M. Mulvihill*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Joseph M. Mulvihill (No. 6061)
Timothy R. Powell (No. 6894)
Rebecca L. Lamb (No. 7223)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email:   emorton@ycst.com
         sbeach@ycst.com
         jmulvihill@ycst.com
         tpowell@ycst.com
         rlamb@ycst.com

*- and -*

**ALSTON & BIRD LLP**
J. Eric Wise (admitted *pro hac vice*)
Matthew K. Kelsey (admitted *pro hac vice*)
William Hao (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone:   (212) 210-9400
Facsimile:   (212) 210-9444
Email:       eric.wise@alston.com
             matthew.kelsey@alston.com
             william.hao@alston.com

*Counsel to the Debtors and Debtors in Possession*

31988604.1

# EXHIBIT 1

## ASSUMPTION SCHEDULE

| Debtor | Contract Counterparty | Description of Contract |
|---|---|---|
| Powder River Transportation Services, Inc. | North Platte Agency LLC | Lease - 500 Willow Dr, Douglas, WY 82633 |
| Powder River Transportation Services, Inc. | Livingston Landlady | Lease - 210 Loves Lane Livingston MT 59047 |
| Powder River Transportation Services, Inc. | Livingston Landlady | Lease - 705 N N St., Livingston MT 59047 |
| Powder River Transportation Services, Inc. | HRT Rentals | Lease - 175 Main Boulder Road Fishing Hole 'B' |
| Powder River Transportation Services, Inc. | Kristy M Lewis | Lease - PO Box 904, Newcastle WY 82701 |
| Powder River Transportation Services, Inc. | Lone Tree Village 108 | Lease - 401 South Russel Ave #108 Gillette WY 82633 |
| Powder River Transportation Services, Inc. | Lone Tree Village 24 | Lease - 401 South Russel Ave # 24 Gillette WY 82633 |
| Powder River Transportation Services, Inc. | 4w Properties | Lease - 120 Meadowlark Street, Glenrock WY 82637 |
| Powder River Transportation Services, Inc. | Schon LLC | Lease - 7568 Hwy 59, Wright WY 82718 |
| Powder River Transportation Services, Inc. | St Mary's Catholic Church | Lease - 41 View Vista Dr, Livingston MT 59047 |
| Powder River Transportation Services, Inc. | HDDA- Billings, LLC | Lease - 5500 Midland Rd, Billings MT 59102 |
| Powder River Transportation Services, Inc. | Columbus 1 Re2 LLC | Lease - 602 8th Ave. North, Columbus MT 59109 |
| Powder River Transportation Services, Inc. | Montana Works | Lease - Laurel MT |
| Powder River Transportation Services, Inc. | Gasstop Two | Lease - Union Chapel Road |
| Powder River Transportation Services, Inc. | Cook Properties | Lease - 6830 Commercial Ave, Billings MT 59102 |
| Powder River Transportation Services, Inc. | Park County Fair | Lease - 46 View Vista Dr, Livingston MT 59047 |
| Powder River Transportation Services, Inc. | Beartooth Industries | Lease - 7042 Highway 212, Red Lodge MT 59068 |
| Powder River Transportation Services, Inc. | Susan Carter | Lease - 542 Broadway, Red Lodge, MT 59068 |
| Powder River Transportation Services, Inc. | Coach Properties | Lease - 1700 East Hwy. 14-16, Gillette, WY - Building |
| Powder River Transportation Services, Inc. | Coach Properties | Lease - 1700 East Hwy. 14-16, Gillette, WY -Parking lot "A" |

| **Debtor** | **Contract Counterparty** | **Description of Contract** |
|---|---|---|
| Powder River Transportation Services, Inc. | Coach Properties | Lease - 1700 East Hwy. 14-16, Gillette, WY -Parking lot "B" |
| Powder River Transportation Services, Inc. | Coach Properties | Lease - 400 Stetson Drive (Arch Coal Parking lot) |
| Powder River Transportation Services, Inc. | Coach Properties | Lease - 1611 E 6th Street (Arch & Cloud Peak parking lot) |
| Powder River Transportation Services, Inc. | Coach Properties | Lease - 685 Smylie Road, Douglas, WY(Building) |
| Powder River Transportation Services, Inc. | Coach Properties | Lease - 685 Smylie Road, Douglas, WY(Parking Lot) |
| Powder River Transportation Services, Inc. | Montana Public Safety | Lease - #14 Midway Dr, Red Lodge MT 59608 |
| Powder River Transportation Services, Inc. | Peabody Powder River Services, LLC | Charter Bus Transportation Services Agreement, dated as of August 20, 2019, as amended by that certain First Amendment, dated as of July 29, 2022 |
| Powder River Transportation Services, Inc. | Peabody Powder River Services, LLC | Charter Bus Transportation Services Agreement, dated as of September 30, 2015, as amended by that certain First Amendment, dated as of January 20, 2017, and that certain Second Amendment, dated as of March 1, 2021 |
| Powder River Transportation Services, Inc. | Stillwater Mining Company d/b/a Sibanya-Stillwater | Contract #4036 (OS), executed as of March 14, 2023 |
| Powder River Transportation Services, Inc. | Navajo Transitional Energy Company, LLC | Agreement for the Supply of Products and/or Services (Contract No. P20193001201), Statement of Work 01, effective as of February 1, 2020, and Statement of Work 02, effective as of April 1, 2022, as amended by Amendment Number 01, dated as of February 24, 2022 (Antelope Mine Contract) |
| Transportation Management Services, Inc. DBA Lenzner Coach Line. | Whiting-Turner PJ Dick JV | Whiting-Turner PJ Dick JV subcontract, dated as of July 25th, 2023 |
| Powder River Transportation Services, Inc. | Wyoming Machinery Company | Transportation Agreement, dated as of June 7, 2019 |
| Coach USA, Inc. | Bridgestone Americas Tire Operations, LLC | Agreement, dated as of August 19, 2019, Solely with respect to tires currently on the Purchased Vehicles listed on APA Schedule 2.1(q) |

31988604.1

2

3

| Debtor | Contract Counterparty | Description of Contract |
|---|---|---|
| Butler Motor Transit, Inc | AFL-CIO and Local 298 (formerly 1931) of the Eastern States Joint Board | Memorandum of Agreement for the period 5/1/2022 – 4/30/2025 in relation to mechanics (unsigned)[1] |

---

[1] Terms are being accepted subject to necessary changes needed to provide substantially equivalent benefits and policies to Purchaser's benefit plans and policies.

**31988604.1**

3