# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| COACH USA, INC., *et al.*,[1] | Case No. 24-11258 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED
## FOR SEPTEMBER 27, 2024 AT 2:00 P.M. (ET)

> THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.
>
> TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl
>
> PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.
>
> AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

**ADJOURNED MATTERS**

1. David Bogden's Motion for Relief Stay [D.I. 302, 7/19/24]

   Objection Deadline: August 14, 2024, extended to October 15, 2024

   Objections Filed: None to date

   Status: This matter is adjourned by agreement to October 22, 2024 at 10:30 a.m. (ET).

2. Jeronesha Harris's Motion for Relief from the Automatic Stay [D.I. 340, 7/23/24]

   Objection Deadline: August 6, 2024, extended to October 15, 2024

   Objections Filed: None to date

   Status: This matter is adjourned by agreement to October 22, 2024 at 10:30 a.m. (ET).

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CoachUSA. The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

32136383.1

3. Motion of Young Il An, Tanya Christine Scheer, and Kristen Pegram for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [D.I. 529, 8/13/24]

    Objection Deadline:    August 27, 2024 at 5:00 p.m. (ET), extended to October 15, 2024 at 4:00 p.m. (ET)

    Objections Filed:    None to date

    Status: This matter is adjourned by agreement to October 22, 2024 at 10:30 a.m. (ET).

4. Soad Ortiz Pavon and Sandra Pereira's Motion for Relief from the Automatic Stay [D.I. 599, 8/28/24]

    Objection Deadline:    September 16, 2024 at 4:00 p.m. (ET), extended to October 15, 2024 at 4:00 p.m. (ET)

    Objections Filed:    None to date

    Status: This matter is adjourned by agreement to October 22, 2024 at 10:30 a.m. (ET).

5. Mario Pavon's Motion for Relief from the Automatic Stay [D.I. 605, 8/28/24]

    Objection Deadline:    September 16, 2024 at 4:00 p.m. (ET), extended to October 15, 2024 at 4:00 p.m. (ET)

    Objections Filed:    None to date

    Status: This matter is adjourned by agreement to October 22, 2024 at 10:30 a.m. (ET).

6. Motion of Vickey Wentland for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 608, 8/28/24]

    Objection Deadline:    September 12, 2024 at 4:00 p.m. (ET), extended to October 11, 2024 at 4:00 p.m. (ET)

    Objections Filed:    None to date

    Status:  This matter is adjourned by agreement to October 22, 2024 at 10:30 a.m. (ET).

7. Debtors' Motion for Entry of an Order Clarifying and Enforcing the Scope of the Automatic Stay [D.I. 628, 9/3/24]

    Objection Deadline:    September 17, 2024 at 4:00 p.m. (ET), extended to October 2, 2024 at 4:00 p.m. (ET) with respect solely to Progressive Spine & Orthopaedics and Jose Zabaleta

    Related Documents:

        A. Re-Notice of Motion [D.I. 697, 9/18/24]

Objections Filed:

A. Limited Objection and Reservation of Rights of Minnie May to the Debtors' Motion for Entry of an Order Clarifying and Enforcing the Scope of the Automatic Stay [D.I. 688, 9/17/24]

B. Progressive Spine & Orthopaedics' Brief in (I) Opposition to Debtors' Motion for Entry of an Order Clarifying and Enforcing the Scope of the Automatic Stay; and, in the Alternative, (II) in Support of Cross-Motion for Relief From the Automatic Stay [D.I. 690, 9/17/24]

Status: This matter is adjourned to October 22, 2024 at 10:30 a.m. (ET).

## UNCONTESTED MATTERS GOING FORWARD

8. Motion for Authorization to File Under Seal Certain Exhibits to the Motion of Mike Saheghian, Michael Saheghian, John Saheghian and the Estate of Mariam Saheghian for Relief from the Automatic Stay [D.I. 595, 8/27/24]

    Objection Deadline:    September 10, 2024 at 4:00 p.m. (ET)

    Objections Filed:    None

    Status: This matter will be going forward.

9. Motion for Authorization to File Under Seal Portions of the Motion of Anthony Supreme, as Administrator ad Prosequendum of the Estate of Adeline Deriphonse for Relief From the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 619, 8/30/24]

    Objection Deadline:    September 18, 2024 at 4:00 p.m. (ET)

    Objections Filed:    None

    Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

10. Motion of Ashley Faith Keely and Kassy D. Clifford for Relief from Stay Under Section 362 of the Bankruptcy Code, and a Request for Certain Insurance Documents [D.I. 263, 7/15/24]

    Objection Deadline: August 2, 2024 at 4:00 p.m. (ET), extended to September 18, 2024 at 4:00 p.m. (ET)

    Related Document:

    A. Combined Reply of Faith Keely, Kassy D. Clifford, Tatiana Annenkova and Adam Akulich to the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 708, 9/20/24]

    B. Declaration of Spencer Ware in Support of Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 724, 9/24/24]

    C. Debtors' Witness and Exhibit List [D.I. 725, 9/24/24]

    Objections Filed:

    A. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 696, 9/18/24]

    Status: This matter will be going forward.

11. [SEALED] Motion of Mike Saheghian, Michael Saheghian, John Saheghian and the Estate of Mariam Saheghian for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 570, 8/22/24]

    Objection Deadline: September 5, 2024 at 4:00 p.m. (ET), extended to September 18, 2024 at 4:00 p.m. (ET)

    Related Document:

    A. Reply of Mike Saheghian, Michael Saheghian, John Saheghian and the Estate of Mariam Saheghian to the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 710, 9/20/24]

    B. Declaration of Spencer Ware in Support of Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 724, 9/24/24]

    C. Debtors' Witness and Exhibit List [D.I. 725, 9/24/24]

Objections Filed:

A. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 696, 9/18/24]

Status: This matter will be going forward.

12. Motion of Minnie May for Relief from the Automatic Stay [D.I. 590, 8/27/24]

Objection Deadline: September 11, 2024 at 4:00 p.m. (ET), extended to October 11, 2024 at 4:00 p.m. (ET)

Objections Filed: None to date

Status: This matter will be going forward as a status conference.

13. [SEALED] Motion of Anthony Supreme, as Administrator *Ad Prosequendum* of the Estate of Adeline Deriphonse for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 611, 8/29/24]

Objection Deadline: September 18, 2024 at 4:00 p.m. (ET)

Related Documents:

A. [REDACTED] Motion of Anthony Supreme, as Administrator *Ad Prosequendum* of the Estate of Adeline Deriphonse for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 620, 8/30/24]

B. Reply of Anthony Supreme, as Administrator *Ad Prosequendum* of the Estate of Adeline Deriphonse to the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 705, 9/20/24]

C. Declaration of Spencer Ware in Support of Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 724, 9/24/24]

D. Debtors' Witness and Exhibit List [D.I. 725, 9/24/24]

Objections Filed:

A. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 696, 9/18/24]

Status: This matter will be going forward.

14. Motion of Tatiana Annenkova and Adam Akulich for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 625, 9/3/24]

    Objection Deadline:    September 18, 2024 at 4:00 p.m. (ET)

    Related Document:

    A. Combined Reply of Faith Keely, Kassy D. Clifford, Tatiana Annenkova and Adam Akulich to the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 708, 9/20/24]

    B. Declaration of Spencer Ware in Support of Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 724, 9/24/24]

    C. Debtors' Witness and Exhibit List [D.I. 725, 9/24/24]

    Objections Filed:

    A. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [D.I. 696, 9/18/24]

    Status:  This matter will be going forward.

[*Signature page follows*]

| | |
|---|---|
| Dated: September 25, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Timothy R. Powell*<br>Edmon L. Morton (No. 3856)<br>Sean M. Beach (No. 4070)<br>Joseph M. Mulvihill (No. 6061)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:   (302) 571-1253<br>Email:   emorton@ycst.com<br>           sbeach@ycst.com<br>           jmulvihill@ycst.com<br>           tpowell@ycst.com<br>           rlamb@ycst.com<br><br>*- and -*<br><br>**ALSTON & BIRD LLP**<br>J. Eric Wise (admitted *pro hac vice*)<br>Matthew K. Kelsey (admitted *pro hac vice*)<br>William Hao (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, New York 10016<br>Tel:   (212) 210-9400<br>Fax:   (212) 210-9444<br>Email:   eric.wise@alston.com<br>           matthew.kelsey@alston.com<br>           william.hao@alston.com<br><br>*Counsel to the Debtors and Debtors in Possession* |