IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COACH USA, INC., *et al.*, [1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 24-11258 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 245 |

## NOTICE OF AUCTION FOR *DE MINIMIS* ASSET SALE

**PLEASE TAKE NOTICE** that, on June 11, 2024, Coach USA, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2024, the Court entered an *Order Authorizing and Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets* [Docket No. 245] the ("De Minimis Asset Sale Order"), whereby the Court authorized the Debtors to sell, transfer or abandon certain assets having de minimis value to the Debtors' estates. All interested parties should carefully read the De Minimis Asset Sale Order and the procedures set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are scheduled to hold an auction, commencing on **October 1, 2024 at 11:30 a.m. (prevailing Eastern Time)**, to determine the highest and best offer for the sale of certain Lot 12 buses (the "De Minimis Assets Sale").

**PLEASE TAKE FURTHER NOTICE** that the De Minimis Assets Sale will be proceeding pursuant to the De Minimis Sale Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the De Minimis Asset Sale Order and other documents related thereto are available for review free of charge by accessing https://cases.ra.kroll.com/CoachUSA.

*[Signature page follows]*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CoachUSA. The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

32152311.1

| | |
|---|---|
| Dated: September 27, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ Rebecca L. Lamb<br>Edmon L. Morton (No. 3856)<br>Sean M. Beach (No. 4070)<br>Joseph M. Mulvihill (No. 6061)<br>Timothy R. Powell (No. 6894)<br>Rebecca L. Lamb (No. 7223)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Email:  emorton@ycst.com<br>  sbeach@ycst.com<br>  jmulvihill@ycst.com<br>  tpowell@ycst.com<br>  rlamb@ycst.com<br><br>*- and -*<br><br>**ALSTON & BIRD LLP**<br>J. Eric Wise (admitted *pro hac vice*)<br>Matthew K. Kelsey (admitted *pro hac vice*)<br>William Hao (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, New York 10016<br>Telephone:  (212) 210-9400<br>Facsimile:  (212) 210-9444<br>Email:  eric.wise@alston.com<br>  matthew.kelsey@alston.com<br>  william.hao@alston.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |