**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| COACH USA, INC., *et al.*,[1] | Case No. 24-11258 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 851 & 904** |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF A&G REALTY PARTNERS, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS REAL ESTATE CONSULTANT AND ADVISOR TO THE DEBTORS FOR THE PERIOD FROM AUGUST 9, 2024 THROUGH SEPTEMBER 30, 2024**

Upon consideration of the *First and Final Fee Application of A&G Realty Partners, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the Period from August 9, 2024 Through September 30, 2024* [Docket No. 851] (the "Application"), together with any responses thereto; and adequate notice of the Application having been given; and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is APPROVED as set forth herein; and it is further

ORDERED, that A&G Realty Partners, LLC is allowed final allowance of fees in the amount of $192,000.00 and expenses in the amount of $674.00; and it is further

ORDERED, that the Debtors' payment of the amounts allowed herein to A&G Realty Partners, LLC, in accordance with the terms of that *Order (A) Authorizing the Debtors to Retain A&G Realty Partners, LLC as a Real Estate Consultant and Advisor, Effective as of the*

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CoachUSA. The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

*Retention Date, and (B) Waiving Certain Reporting Requirements* [Docket No. 623], is approved; and it is further

ORDERED that this Order shall be effective upon entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear all matters arising from or related to the implementation of this Order.

**Dated: November 20th, 2024**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

32367617.2