# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| COACH USA, Inc. *et al.*,[1] | Case No. 24-11258 (MFW) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 5, 2025 AT 2:00 P.M. EST**

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:
> https://ecf.deb.uscourts.gov/cgi-bin-nysbAppearances.pl**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

FINAL FEE APPLICATIONS OF DEBTORS' PROFESSIONALS

    1.    See Final Fee Application Binder Index, attached hereto as Exhibit "A".

        A.    Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of Debtors' Professionals [Docket No. 1211; Filed on February 25, 2025]

---

[1] A complete list of the Debtors' chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CoachUSA. The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

[2] Amended only to add Zoom information.

        Status        Certifications of No Objection have been filed, and a Certification of Counsel with proposed form of Omnibus Fee Order has been submitted.

RESOLVED MATTERS/MATTERS UNDER CNO:

2. Motion of Trish Hoang, Individually, and on Behalf of her Daughter, H.N., for Relief from the Automatic Stay [Docket No. 1079; Filed January 13, 2025]

    Response Deadline:    January 31, 2025

    Responses Received:  None

    Related Documents:

        A.    Certification of Counsel [Docket No. 1190; Filed February 18, 2025]]

        B.    Order Granting Motion of Trish Hoang, Individually, and on Behalf of her Daughter, H.N. Relief from the Automatic Stay [Docket No. 1079; Filed January 13, 2025]

    Status:    Order entered.

3. Motion of Luisa Ponce De Paz for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1088; Filed January 17, 2025]

    Response Deadline:    February 5, 2025 at 4:00 P.M. EST

    Responses Received:  None

    Related Documents:

        A.    Certification of Counsel [Docket No. 1189; Filed on February 18, 2025]

        B.    Order Granting Motion of Bachir N. Hakim for Limited Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1192; Filed on February 19, 2025]

    Status:    Order entered.

4. Motion of Christoph Turko for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1139; Filed January 31, 2025]

    Response Deadline:    February 17, 2025 at 4:00 P.M. EST

Responses Received: None

Related Documents:

    A.    Certification of Counsel [Docket No. 1171; Filed on February 7, 2025]

    B.    Order Granting Motion of Christoph Turko for Limited Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1179; Filed on February 10, 2025]

Status: Order entered.

5. Motion for an Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 32(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, Effective as of January 2, 2025 [Docket No. 1151; Filed on January 31, 2025]

Response Deadline: February 17, 2025 at 4:00 P.M. EST

Responses Received: None

Related Documents:

    A.    Amended Notice of Hearing [Docket No. 1152; Filed on January 31, 2025]

    B.    Certification of No Objection [Docket No. 1203; Filed on February 21, 2025]

    C.    Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 32(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, Effective as of January 2, 2025 [Docket No. 1209; Filed on February 24, 2025]

Status: Order entered.

6. Motion for an Order Authorizing the Retention and Employment of Giuliano Miller & Company, LLC as Accountant and Financial Advisor for Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 32(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, Effective as of January 2, 2025 [Docket No. 1153; Filed on January 31, 2025]

Response Deadline: February 17, 2025 at 4:00 P.M. EST


Responses Received: None

Related Documents:

    A.    Certification of No Objection [Docket No. 1204; Filed on February 21, 2025]

    B.    Order Authorizing the Retention and Employment of Giuliano Miller & Company, LLC as Accountant and Financial Advisor for Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 32(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, Effective as of January 2, 2025 [Docket No. 1210; Filed on February 24, 2025]

Status: Order entered.

7. Motion of Samy Rezk for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1168; Filed February 7, 2025]

    Response Deadline: February 21, 2025 at 4:00 P.M. EST

    Responses Received: None

    Related Documents:

    A.    Certification of Counsel [Docket No. 1202; Filed on February 21, 2025]

    B.    Order Granting Motion of Samy Rezk for Limited Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1208; Filed on February 24, 2025]

    Status: Order entered.

8. Motion of Matthew Elkhill for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1169; Filed February 7, 2025]

    Response Deadline: February 21, 2025 at 4:00 P.M. EST

    Responses Received: None

    Related Documents:

    A.    Certification of Counsel [Docket No. 1201; Filed on February 21, 2025]

        B.      Order Granting Motion of Matthew Elkhill for Limited Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1201; Filed on February 21, 2025]

    Status: Order entered

9.    Motion of Numa Membrano Melgar for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1183; Filed February 12, 2025]

    Response Deadline:    February 26, 2025 at 4:00 P.M. EST

    Responses Received:  None

    Related Documents:

        A.      Certification of Counsel [Docket No. 1200; Filed on February 21, 2025]

        B.      Order Granting Motion of Numa Membrano Melgar for Limited Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1206; Filed on February 24, 2025]

    Status:      Order entered.

10.    Motion of Kimberly Clay for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket 1082; Filed January 15, 2025]

    Response Deadline:    January 31, 2025 at 4:00 P.M. EST

    Responses Received:  None

    Related Documents:

        A.      Certification of Counsel [Docket No. 1144; Filed on January 31, 2025]

        B.      Order Granting Motion of Kimberly Clay for Limited Relief from the Automatic Stay [Docket No. 1149; Filed on January 31, 2025]

    Status:      Order entered.

11.    Motion of Tina Curtis for Relief from Automatic Stay [Docket No. 1094; Filed January 23, 2025]

        Response Deadline:    February 5, 2025 at 4:00 P.M. EST

        Responses Received:  None

        Related Documents:

           A.    Certification of Counsel [Docket No. 1158; Filed on February 3, 2025]

           B.    Order Granting Motion of Tina Curtis for Limited Relief from the Automatic Stay [Docket No. 1159; Filed on February 4, 2025]

        Status:       Order entered.

12.    Motion of Siddarth Ravindranath and Soundarya Matti for Entry of an Order Granting (I) Relief from the Automatic Stay and (II) Related Relief [Docket No. 1176; Filed February 10, 2025]

        Response Deadline:    February 24, 2025 at 4:00 P.M. EST

        Responses Received:  None

        Related Documents:

           A.    Certification of Counsel [Docket No. 1212; Filed on February 25, 2025]

           B.    Order Granting Motion of Siddarth Ravindranath and Soundarya Matti for Limited Relief from the Automatic Stay [Docket No. 1213; Filed on February 26, 2025]

        Status:       Order entered.

13.    Motion of Mary Jo Foster and Kaelynn Alexandra Cross, by her Guardian ad Litem Diasheen Foster, for Relief from the Automatic Stay [Docket No. 1003; Filed December 4, 2024]]

        Response Deadline:    December 11, 2024 at 4:00 P.M. EST (extended to January 9, 2025 at 4:00 P.M. EST)

        Responses Received:  None

        Related Documents:

           A.    Proposed Order Granting Motion of Mary Jo Foster and Kaelynn Alexandra Cross, by her Guardian ad Litem Diasheen Foster, for Relief from the Automatic Stay [Docket

No. 1003-3]

Status: The parties have resolved this matter. An agreed proposed order will be filed under certification of counsel.

## MATTERS GOING FORWARD

14. Motion of Viola Hanna for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1163; Filed February 6, 2025]

    Response Deadline: February 21, 2025 at 4:00 P.M. EST

    Responses Received: None

    Related Documents:

    A. Proposed form of Order Granting Motion of Viola Hanna for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1163-3; Filed February 6, 2025]

    Status: This matter is going forward.

15. Motion of Eugena F. Bombardiere for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1165; Filed February 4, 2025]

    Response Deadline: February 26, 2025 at 4:00 P.M. EST

    Responses Received: None

    Related Documents:

    B. Notice of Hearing [Docket No. 1166; Filed February 6, 2025]

    Status: This matter is going forward.

*SIGNATURE PAGE FOLLOWS*

| | |
|---|---|
| Date: March 3, 2025 | **FOX ROTHSCHILD LLP** |
| | |
| | */s/ Stephanie Slater Ward* |
| | Stephanie Slater Ward (DE Bar No. 6922) |
| | 1201 N. Market Street, Suite 1200 |
| | Wilmington, DE  19801 |
| | Telephone: (302) 654-7444 |
| | Facsimile: (302) 656-8920 |
| | Email: sward@foxrothschild.com |
| | |
| | -and- |
| | |
| | Jesse M. Harris (*pro hac vice* admission forthcoming) |
| | Michael G. Menkowitz (*pro hac vice* admission forthcoming) |
| | Two Commerce Square |
| | 2001 Market Street, Suite 1700 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 299-2000 |
| | Facsimile: (215) 299-2150 |
| | Email: mmenkowitz@foxrothschild.com |
| | Email: jesseharris@foxrothschild.com |
| | |
| | *Proposed Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Amended Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, this 3rd day of March, 2025.

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)

EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| COACH USA, INC., *et al.*, [1] | Case No. 24-11258 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: March 5, 2025 at 2:00 p.m. (ET)** |

## FINAL FEE APPLICATIONS

A. Young Conaway Stargatt & Taylor, LLP's Seventh Monthly and Final Fee Application as Co-Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period From December 1, 2024 Through December 31, 2024 and the Final Period From June 11, 2024 Through December 31, 2024 [D.I. 1145, 1/31/25]

  1. Monthly Fee Application for September 1, 2024 – September 30, 2024 [D.I. 810, 10/15/24]

  2. Certificate of No Objection [D.I. 883, 11/6/24]

  3. Monthly Fee Application for October 1, 2024 – October 31, 2024 [D.I. 941, 11/19/24]

  4. Certificate of No Objection [D.I. 1056, 12/26/24]

  5. Monthly Fee Application for November 1, 2024 - November 30, 2024 [D.I. 1052, 12/18/24]

  6. Certificate of No Objection [D.I. 1068, 1/8/25]

  7. Supplement to Final Fee Application [D.I. 1197, 2/20/25]

B. Alston & Bird LLP's Seventh Monthly and Final Fee Application, Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period From December 1, 2024 Through December 31, 2024 and the Final Period From June 11, 2024 Through December 31, 2024 [D.I. 1143, 1/31/25]

  1. Monthly Fee Application for September 1, 2024 – September 30, 2024 [D.I. 840, 10/18/24]

  2. Certificate of No Objection [D.I. 892, 11/7/24]

---

1  The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 0765.

32261906.2

3. Monthly Fee Application for October 1, 2024 – October 31, 2024 [D.I. 967, 11/25/24]

4. Certificate of No Objection [D.I. 1024, 12/10/24]

5. Monthly Fee Application for November 1, 2024 - November 30, 2024 [D.I. 1045, 12/17/24]

6. Certificate of No Objection [D.I.1065, 1/2/25]

7. Supplement to Final Fee Application [D.I. 1198, 2/20/25]

C. Kroll Restructuring Administration LLC's Combined Monthly and Final Application, Administrative Advisor to the Debtors for Compensation for Service and Reimbursement of Expenses for (I) the Combined Monthly Period from August 1, 2024 Through December 31, 2024 and (II) the Final Period From June 11, 2024 Through December 31, 2024 [D.I. 1141, 1/31/25]

D. Bennett Jones LLP's Final Application as Canadian Restructuring Counsel, for Allowance of Compensation for Services Rendered and Expenses Incurred for the Monthly Period From November 1, 2024 Through December 31, 2024 and for the Final Period From June 11, 2024 Through December 31, 2024 [D.I. 1147, 1/31/25]

1. Monthly Fee Application for September 1, 2024 – September 30, 2024 [D.I. 901, 11/8/24]

2. Certificate of No Objection [D.I. 1022, 12/10/24]

3. Monthly Fee Application for October 1, 2024 – October 31, 2024 [D.I. 968, 11/25/24]

4. Certificate of No Objection [D.I. 1023, 12/10/24]

5. Supplement to Final Fee Application [D.I. 1199, 2/20/25]

E. Brown Rudnick LLP's Final Fee Application for Allowance of Fees and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period From June 27, 2024 Through and Including December 31, 2024 [D.I. 1150, 1/31/25]

1. Monthly Fee Application for September 1, 2024 – September 30, 2024 [D.I. 820, 10/16/24]

2. Certificate of No Objection [D.I. 877, 10/31/24]

3. Monthly Fee Application for October 1, 2024 – October 31, 2024 [D.I. 1124, 1/28/25]

4. Certificate of No Objection [D.I. 1194, 2/19/25]

32261906.2

   5. Monthly Fee Application for November 1, 2024 - November 30, 2024 [D.I. 1125, 1/28/25]

   6. Certificate of No Objection [D.I. 1195, 2/19/25]

   7. Monthly Fee Application for December 1, 2024 – December 31, 2024 [D.I. 1130, 1/29/25]

   8. Certificate of No Objection [D.I. 1196, 2/19/25]

F. Faegre Drinker Biddle & Reath LLP's Second Monthly Fee Application and Final Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Monthly Period From August 1, 2024 Through December 31, 2024 and the Final Period From June 28, 2024 Through December 31, 2024 [D.I. 1146, 1/31/25]

   1. Monthly Fee Application for June 28, 2024 – July 31, 2024 [D.I. 818, 10/16/24]

   2. Certificate of No Objection [D.I. 875, 10/31/24]

G. Ashby & Geddes, P.A.'s Final Fee Application as Delaware Conflicts Counsel to the Official Committee of Unsecured Creditors Effective as of July 9, 2024 [D.I. 1138, 1/31/25]

   1. Monthly Fee Application for July 9, 2024 – August 31, 2024 [D.I. 817, 10/16/24]

   2. Certificate of No Objection [D.I. 874, 10/31/24]

H. Dundon Advisers, LLC's Final Fee Application for Allowance of Fees and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses Incurred for the Period From June 29, 2024 Through and Including December 31, 2024 [D.I. 1148, 1/31/25]

   1. Monthly Fee Application for June 29, 2024 – July 31, 2024 [D.I. 581, 08/23/24]

   2. Certificate of No Objection [D.I. 650, 9/09/24]

   3. Monthly Fee Application for August 1, 2024 – August 31, 2024 [D.I. 819, 10/16/24]

   4. Certificate of No Objection [D.I. 876, 10/31/24]

   5. Monthly Fee Application for September 1, 2024 – October 31, 2024 [D.I. 922, 11/13/24]

   6. Certificate of No Objection [D.I. 1005, 12/04/24]

   7. Monthly Fee Application for November 1, 2024 – December 31, 2024 [D.I. 1131, 1/29/25]

32261906.2

8. Certificate of No Objection [D.I. 1187, 2/14/25]

32261906.2