**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| COACH USA, Inc. *et al.*,[1] | Case No. 24-11258 (MFW) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 26, 2025 AT 2:00 P.M. EST**

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin-nysbAppearances.pl**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

MATTERS GOING FORWARD

    1.    Motion of Keith Williams for Relief from the Automatic Stay [D.I. 1253; filed on March 24, 2025]

        Response Deadline:   TBD

        Responses Received:  None

---

[1]    The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

Related Documents:   None

Status:            **This motion was formally filed with the Court on March 24, 2025. In light of the fact that the motion was not formally filed with the Court until March 24, 2025, the Trustee has not filed a formal response to the motion. The Trustee intends to oppose the Motion at the hearing. This matter will go forward pursuant to the Court's direction.**

Date: March 24, 2025                    **FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE Bar No. 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sward@foxrothschild.com

-and-

Jesse M. Harris (*pro hac vice* admission forthcoming)
Michael G. Menkowitz (*pro hac vice* admission forthcoming)
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
Email: mmenkowitz@foxrothschild.com
Email: jesseharris@foxrothschild.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Amended Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, this 24th day of March, 2025, and on the party listed below via electronic mail:

Keith Williams        mr.keith_williams@hotmail.com

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)