# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| COACH USA, Inc. *et al.*,[1] | Case No. 24-11258 (MFW) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 16, 2025 AT 2:00 P.M. EST

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT [WWW.DEB.USCOURTS.GOV](WWW.DEB.USCOURTS.GOV) OR CLICK THE BELOW LINK:**
> **https://ecf.deb.uscourts.gov/cgi-bin-nysbAppearances.pl**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

RESOLVED MATTERS/MATTERS UNDER CNO OR COC

1. Motion of Eugenia F. Bombardiere for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Docket No. 1165; Filed February 4, 2025]

    Response Deadline:    February 26, 2025 at 4:00 P.M. EST

    Responses Received: None

---

[1] The Debtors' mailing address is 160 S Route 17 North, Paramus, NJ 07652.

> Related Documents:
>
> > A. Notice of Hearing [Docket No. 1166; Filed February 6, 2025]
> >
> > B. Certification of Counsel [Docket No. 1263; Filed March 28, 2025]
> >
> > C. Order Granting Eugenia Bombardiere Limited Relief from the Automatic Stay [Docket No. 1266; Filed March 31, 2025]
>
> Status: Order entered.

2. Motion for Relief from the Automatic Stay filed by Susan Burns [Docket No. 1223; Filed March 10, 2025]

> Response Deadline: March 24, 2025
>
> Responses Received: None
>
> Related Documents:
>
> > A. Certification of Counsel [Docket No. 1246; Filed March 21, 2025]
> >
> > B. Order Granting Motion for Relief from the Automatic Stay filed by Susan Burns [Docket No. 1250; Filed March 24, 2025]
>
> Status: Order entered.

3. Motion of Camille L. Quinones for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds [Docket No. 1224; Filed March 10, 2025]

> Response Deadline: March 24, 2025
>
> Responses Received: None
>
> Related Documents:
>
> > A. Certification of Counsel [Docket No. 1247; Filed March 21, 2025]
> >
> > B. Order Granting Motion of Camille L. Quinones for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds [Docket No. 1251; Filed March 24, 2025]

<blockquote>

Status: Order entered.

</blockquote>

4. Motion for Relief from the Automatic Stay filed by Jacquelyn Carrington [Docket No. 1227]; Filed March 11, 2025]

<blockquote>

Response Deadline:

Responses Received: None

Related Documents:

<blockquote>

A. Certification of Counsel [Docket No. 1244; Filed March 21, 2025]

B. Order Granting Motion for Limited Relief from the Automatic Stay filed by Jacquelyn Carrington [Docket No. 1248; Filed March 24, 2025]

</blockquote>

Status: Order entered.

</blockquote>

5. Motion of Theresa Taylor for Relief from the Automatic Stay [Docket No. 1235; Filed March 14, 2025]

<blockquote>

Response Deadline: March 28, 2025

Responses Received: None

Related Documents:

<blockquote>

A. Certification of No Objection [Docket No. 1267; Filed April 1, 2025]

B. Order Granting Motion of Theresa Taylor for Relief from the Automatic Stay [Docket No. 1268; Filed April 2, 2025]

</blockquote>

Status: Order entered.

</blockquote>

6. Motion of the Estate of Stuart A. Johnson, Jr., et al., for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 1240; Filed March 17, 2025]

<blockquote>

Response Deadline: April 7, 2025

Responses Received: None

Related Documents:

<blockquote>

A. Certification of No Objection [Docket No. 1270; Filed April 8, 2025]

</blockquote>

</blockquote>

   B. Order Granting Motion of the Estate of Stuart A. Johnson, Jr., et al., for Limited Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 1272; Filed April 10, 2025]

 Status: Order entered.

7. Motion of Antonia Mendoza Sanchez for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Docket No. 1261; Filed March 28, 2025]

 Response Deadline: April 11, 2025

 Responses Received: None

 Related Documents:

   A. Certification of Counsel [Docket No. 1271; [Filed April 10, 2025]

   B. Order Granting Motion of Antonia Mendoza Sanchez for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Docket No. 1273; Filed April 10, 2025]

 Status: Order entered.

*[Signature page follows]*

Date: April 14, 2025    **FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE Bar No. 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sward@foxrothschild.com

-and-

Jesse M. Harris (*pro hac vice* admission forthcoming)
Michael G. Menkowitz (*pro hac vice* admission forthcoming)
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
Email: mmenkowitz@foxrothschild.com
Email: jesseharris@foxrothschild.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, this 14th day of April, 2025.

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)